| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SEAN STOTSKY §
and PAMELA STOTSKY, §
 §
      Plaintiffs, §
 §
*versus* § CIVIL ACTION NO. 1:07-CV-103
 §
ALLSTATE TEXAS LLOYD'S §
INSURANCE COMPANY §
and KENNETH SEILER, §
 §
      Defendants. §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on February 26, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' joint motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 4th day of October, 2007.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE